

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-11-00232-CR |
| | § | |
| EX PARTE: | § | Appeal from |
| | § | |
| MARIO ALBERTO GARCIA | § | 409th District Court |
| | § | of El Paso County, Texas |
| | § | |
| | § | (TC # 20090D00264) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF MARCH, 2013.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating